UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Phillip North, et al.

          Plaintiff,

v.                                          Case No.: 3:12−cv−01057
                                            District Judge Todd J. Campbell

United States of America

          Defendant.

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/28/2013.

                                                              Keith Throckmorton, Clerk
                                                              s/ Ann Frantz, Deputy Clerk